BEFORE THE SECOND DIVISION, APRIL 22, 1952

**No. 56572.**—American Express Co. and Ratsey & Lapthorn, Inc. v. United States, protests 157712–K and 159462–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of piston hanks and ships' thimbles the same in all material

respects as the articles the subject of *Ratsey Lapthorn, Inc.* v. *United States* (26 Cust. Ct. 84, C. D. 1304), the claim of the plaintiffs was sustained.